1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11    JASMEN LAVAR HALL,                    Case No.  2:24-cv-00276-JGB-RAO

12          Plaintiff,

13    v.                                     **ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

14    PATRICIA ANN CHARLTON, et al.,

15

16          Defendants.

17          Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended

18    Complaint ("FAC"), Dkt. No. 19; the Court's screening order dismissing the FAC

19    with leave amend, Dkt. No. 21; the Court's Order to Show Cause, Dkt. No. 24; the

20    Report and Recommendation of United States Magistrate Judge ("Report") dated

21    May 27, 2025, Dkt. No. 27; and all of the records and files herein.

22          Objections to the Report were due by June 10, 2025, and the Court has not

23    received any objections to date.  Dkt. No. 28.  The Court hereby accepts and adopts

24    the findings, conclusions, and recommendations of the Magistrate Judge.

25          IT IS ORDERED that this action is DISMISSED without prejudice.

26    DATED:  July 22, 2025

27                                           _____
                                             JESUS G. BERNAL

28                                           UNITED STATES DISTRICT JUDGE