JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMEN LAVAR HALL,<br><br>  Plaintiff,<br><br>  v.<br><br>PATRICIA ANN CHARLTON, et al.,<br><br>  Defendants. | Case No. 2:24-cv-00276-JGB-RAO<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that this action is DISMISSED without prejudice.

DATED: July 22, 2025

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE